UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 17 Cr. 518 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| HEATHER L MACK, and | ) | |
| TOMMY E. SCHAEFER | ) | **UNDER SEAL** |

### ORDER

Upon the motion of the United States to unseal the Indictment in this matter upon the arrest of defendant Heather L. Mack, and the Court being duly apprised of the premises, it is hereby ORDERED that the indictment in this matter is to be unsealed upon the arrest of defendant Heather Mack.

Date: 11-3-21

_____
Honorable Charles R. Norgle