**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: USA v. Schaefer

Case Number: 17 CR 518

An appearance is hereby filed by the undersigned as attorney for:
Tommy Schaefer

Attorney name (type or print): Matthew J. Madden

Firm: Matthew J. Madden, Attorney At Law, LLC

Street address: 209 S. LaSalle St. Chicago, IL 60604

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6275415
(See item 3 in instructions)

Telephone Number: 312-762-9473

Email Address: matt@mjmaddenlaw.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes ☐ No |
| Are you a member of the court's general bar? | ☑ Yes ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☑ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☑ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/25/26

Attorney signature: S/ Matthew J. Madden
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023