**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 17 CR 518** |
| **v.** | ) | **Judge Matthew Kennelly** |
| | ) | |
| **TOMMY SCHAEFER** | ) | |

## ORDER

Defendant Schaefer's Motion for a Judicial Recommendation for Specialized Medical Treatment is granted. It is hereby recommended that Mr. Schaefer receive an echocardiogram in relation to his previously diagnosed heart condition, and that he be examined by a foot specialist in relation to his prior foot injury.

_____
Judge Matthew Kennelly

DATED: April 15, 2026